IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 17-50-RGA |
| ZAHID ASLAM, | : | |
| Defendant. | : | |

**O R D E R**

WHEREAS, the Court held a telephonic status conference on September 18, 2018;

WHEREAS, the parties requested a date for a Change of Plea Hearing;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Change of Plea Hearing will be held on Thursday, **October 25, 2018,** at **9:00 a.m.,** in Courtroom No. 6A on the 6th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The Court will allocate 90 minutes for this hearing.

3) The time between September 18, 2018, and October 25, 2018, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

September 18, 2018
DATE

_____
UNITED STATES DISTRICT JUDGE