IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action Nos. 17-50-RGA |
| | ) | |
| ZAHID ASLAM, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>JOINT MOTION TO CONTINUE PLEA HEARING</u>**

NOW COMES the parties, the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Robert F. Kravetz and Jennifer L. Hall, Assistant United States Attorneys (the "Government"), and the defendant, Zahid Aslam ("Defendant"), by and through his attorneys, Thomas A. Foley and James P. Ulwick, Esquire, who move jointly to continue the plea hearing in the above-captioned matter. In support of the motion, the parties represent the following:

1. On September 18, 2018, the Court held a scheduling conference, at which time it scheduled the Defendant's Rule 11 Change of Plea Hearing (the "Plea Hearing") for October 25, 2018.

2. During that scheduling conference, the parties informed the Court that the Defendant would enter a guilty plea to resolve pending criminal charges, and that the parties had reached the framework of a non-criminal settlement relating to other conduct.

3. The latter-referenced civil settlement requires the concurrence of a separate, federal agency, as well as regulators from at least two separate States. To date, those separate regulatory entities have not concluded their review processes – and will not do so by the date of the Plea Hearing.

4.  Accordingly, the parties respectfully request that the Court continue the Plea Hearing by approximately one month.  The parties understand that the Court has availability on its calendar to schedule the Plea Hearing the week of November 26, 2018.  The parties respectfully request that the Court schedule the Plea Hearing on Friday, November 30, 2018, at 1:30 p.m.  The parties expect that the Plea Hearing for the Defendant, as well as a separate corporate plea, will take approximately two hours.

5.  Given that the parties expect that this complex criminal case will be resolved via plea agreement, the parties assert that the ends of justice would be served by the Court granting a continuance of approximately one-month to schedule the Plea Hearing; and that the ends of justice in granting a relatively brief continuance outweigh the interests of the public and the Defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

6.  A proposed Order is attached.

                                                  Respectfully Submitted,

                                                  DAVID C. WEISS

                                                  United States Attorney
                                                  District of Delaware

| /s/ | By: | /s/ |
|---|---|---|
| Thomas A. Foley | | Robert F. Kravetz |
| James P. Ulwick | | Jennifer L. Hall |
| Attorneys for Defendant | | Assistant United States Attorneys |

Dated: October 23, 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action Nos. 17-50-RGA |
| | ) | |
| ZAHID ASLAM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, the parties filed a Joint Motion to Continue Plea Hearing on October 23, 2018;

WHEREAS, the parties requested a date for a Change of Plea Hearing the week of November 26, 2018;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) A Change of Plea Hearing will be held on **Friday, November 30, 2018, at 1:30 p.m.,** in Courtroom No. 6A on the 6th Floor, Boggs Federal Building, Wilmington, Delaware.

2) The Court will allocate 120 minutes for this hearing and a Change of Plea Hearing on a related corporate guilty plea.

3) For the reasons set forth in the Joint Motion, the time between October 23, 2018, and November 30, 2018, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. §3161 et seq.).

_____       _____
Date                                                                      United States District Judge